Stanley Lubin, AZ Bar No. 003076
stan@lubinandenoch.com
Jarrett Joshua Kaskovec, AZ Bar No. 023926
jarrett@lubinandenoch.com
LUBIN & ENOCH, P.C.
349 N. 4th Ave.
Phoenix, AZ 85003-1505
Telephone:   602.234.0008
Facsimile:   602.626.3586

Attorneys for Plaintiff

Steven G. Biddle; AZ Bar No. 012636
sbiddle@littler.com
Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA VERA, | Case No. CV10-574 PHX ROS |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| SAM'S WEST, INC., dba SAM'S CLUB, | |
| Defendant. | |

Pursuant to the Court's order dated July 1, 2011, the parties hereby submit this Joint Status Report.  The parties attended a mediation on June 20, 2011, and reached a mutual resolution of the lawsuit.  The parties are in the process of finalizing and executing settlement documents, and will submit a stipulation for dismissal with prejudice shortly.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 7th day of July, 2011.

| | |
|---|---|
| *s/ Stanley Lubin (with permission)* | *s/ Kristy Peters* |
| Stanley Lubin | Steven G. Biddle |
| Jarrett Joshua Kaskovec | Kristy L. Peters |
| LUBIN & ENOCH, P.C. | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |

I hereby certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

*s/ Kristy Peters*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to any non-registrants, this 7th day of July, 2011:

Stanley Lubin
Jarrett Joshua Kaskovec
LUBIN & ENOCH, P.C.
349 N. 4th Ave.
Phoenix, AZ 85003-1505
Attorneys for Plaintiff

*s/ Leslie Boone*
Firmwide:101537798.1 015602.7410

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600