UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA VERA,<br><br>           Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., dba SAM'S CLUB,<br><br>           Defendant. | Case No. CV-10-574-PHX-ROS<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

THIS MATTER came before the Court upon Stipulation by the parties for an Order of Dismissal, with Prejudice. The Court having reviewed the file herein and being otherwise duly advised,

**IT IS ORDERED** the Stipulation (Doc. 42) is **APPROVED** and this matter is **DISMISSED**, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 21st day of July, 2011.

_____
Roslyn O. Silver
Chief United States District Judge